# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AUBREY FOSTER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 20-584-CG-N |
| | ) |
| **COMPASS RECOVERY GROUP, LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Plaintiff having filed a Notice of Voluntary Dismissal (Doc. 8), and there having been no answer or motion for summary judgment filed, this action is hereby **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 15th day of March, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE